UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINH Q NGUYEN,

    Defendant.

Case No. CR19-91 RAJ-MLP

DETENTION ORDER

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention set forth below, finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2.     Defendant stipulated to detention.

IT IS THEREFORE ORDERED:

1.     Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

Dated this 13th day of May, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2