Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>VINH Q. NGUYEN,<br>  a/k/a "Vinny"<br><br>    Defendant. | NO. CR19-091 RAJ<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Protective Order Restraining Certain Forfeitable Property to maintain custody of the following U.S. currency:

- $2,905.00 in U. S. Currency.

The Court, having reviewed the record in this matter, FINDS:

On April 3, 2019, United States Magistrate Judge Brian A. Tsuchida issued a search warrant for Defendant Vinh Q. Nguyen's residence, finding there was probable cause authorizing seizure of currency as proceeds and facilitating property of the alleged crimes of possession of a controlled substance with intent to distribute, felon in possession of a firearm, and possession of a firearm in furtherance of a drug trafficking crime. *See* Search and Seizure Warrants, W. D. WA., 19-MJ-136, Dkt. Nos. 1 and 5.

During execution of the search warrant at the defendant's residence on April 4, 2019, investigators seized the $2,905.00. W. D. WA., 19-MJ-136, Dkt. No. 5 at 2. In the

Protective Order Restraining
Certain Forfeitable Property, CR19-091 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 1552
SEATTLE, WASHINGTON 984101
(206) 553-7970

1 same residence, investigators also found suspected heroin, cocaine, marijuana, suspected
2 narcotics packaging, and digital scales. W. D. WA., 19-MJ-136, Dkt. No. 5 at 2.

On May 9, 2019, a grand jury returned an Indictment in which Defendant Nguyen was indicted with two counts of Possession of Heroin with Intent Distribute and one count of Possession of Firearm in Furtherance of a Drug Trafficking Crime. Dkt. No. 1. The United States Attorney included a notice in the indictment alleging that the government would move to forfeit the $2,905.00 as proceeds and/or facilitating property under 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28, U.S.C. § 2461(c) if the defendant was convicted of the charged offenses. *See Id.* at 3.

On or about March 14, 2019, an uncharged third party, I.C., filed a claim with the Drug Enforcement Administration in which she declared under penalty of perjury that the $2,905.00 seized by the agents was her savings. *See* Attachment A of United States' Motion for Protective Order.

The facts set forth in the search affidavit and the presence of suspected controlled substances in the same residence as the $2,905.00 establish probable cause to believe that the $2,905.00 is forfeitable.

THEREFORE, THE COURT ORDERS:

The United States' request for a protective order restraining the above-identified currency pending the conclusion of this case is GRANTED; and

The above-identified currency shall remain in the custody of the United States, to include its federal agencies and/or their authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 27th day of September, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Protective Order Restraining
Certain Forfeitable Property, CR19-091 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 1552
SEATTLE, WASHINGTON 984101
(206) 553-7970