THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-091-RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION |
| v. | ) | TO WITHDRAW AS COUNSEL |
| | ) | AND FOR APPOINTMENT OF |
| VINH Q. NGUYEN, | ) | NEW COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered the *ex parte* motion to withdraw as counsel and for appointment of new CJA counsel, the accompanying ex parte declaration of Christopher Sanders, and the records and files in this case, and having heard from defense counsel and defendant in a hearing conducted on this date, for the reason set forth orally on the record,

IT IS NOW ORDERED that Defendant's Motion (Dkt. #28) is GRANTED. Assistant Federal Public Defenders Christopher Sanders and Nancy Tenney and the Office of Federal Public Defender are permitted to withdraw as counsel in this matter, and new counsel shall be appointed from the CJA panel.

DATED this 21st day of January, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**