The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10   UNITED STATES DISTRICT COURT FOR THE
11   WESTERN DISTRICT OF WASHINGTON
     AT SEATTLE
12

13   UNITED STATES OF AMERICA,               NO. CR19-091RAJ

14                    Plaintiff,

15          v.                                ORDER TO SEAL DOCUMENT

16   VINH Q. NGUYEN,

17                    Defendant.

18

19          Having considered the Government's Motion to Seal Exhibit B and

20   because of the sensitive information contained in the exhibit,

21          It is hereby ORDERED that the Motion to Seal (Dkt. #42) is GRANTED.

22   The United States' Exhibit B shall remain sealed.

23          DATED this 11th day of September, 2020.

24

25

26   RICHARD A. JONES
     United States District Judge
27

28

Order to Seal - 1
*United States v. Nguyen*, CR19-091RAJ