Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR19-091RAJ |
| vs. | ) ORDER ON MOTION |
| VINH Q. NGUYEN, | ) TO SEAL DOCUMENT |
| Defendant | ) |

Having reviewed Defendant's Motion to Seal, and the files and pleadings herein, and having found good cause due to the sensitive nature of the materials submitted,

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. 49) is GRANTED and counsel's Declaration related to his Motion to Discharge Counsel and Appoint New Counsel shall remain under seal.

DATED this 28th day of September, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION TO SEAL DOCUMENT  - 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989