Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | ) | Case No.: CR19-091RAJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER ALLOWING DISCHARGE OF COUNSEL AND APPOINTMENT OF NEW COUNSEL |
| VINH Q. NGUYEN, | ) | |
| Defendant | ) | |

Having reviewed Counsel's Motion and Declaration, and having heard from defendant and defense counsel at a hearing conducted on this date, for the reasons stated on the record,

IT IS HEREBY ORDERED that defense counsel's Motion to Withdraw and for Appointment of New Counsel (Dkt. #48) is GRANTED.  Peter Mazzone shall be permitted to withdraw as counsel of record for Defendant Vinh Q. Nguyen upon appointment of successor counsel.

DATED this 8th day of October, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
WITHDRAW AND FOR APPOINTMENT
OF NEW COUNSEL - 1

Peter Mazzone, WSBA 25262
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201