Honorable Judge Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES<br><br>    Plaintiff<br><br>vs.<br><br>VINH Q. NGUYEN<br><br>    Defendant | CASE NO: 2:19-cr-00091 RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THE COURT has considered the defendant's unopposed motion to continue the trial and pretrial motions deadline and finds that:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. §3161 (h)(7)(B)(I); and

(c) The additional time requested is a reasonable period of delay; and

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

*JAMES BIBLE LAW GROUP*
14205 Se 36th Street Suite 100
Bellevue WA 98006
425-519-3675

(d) The ends of justice will be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S. C. § 3161 (h)(7)(A); and

(e) The additional time requested is necessary to provide counsel for the defendant the time necessary to prepare for trial.

IT IS THEREFORE ORDERED that the defendant's motion (Dkt. #62) is GRANTED.  The trial date in this matter is continued to May 17, 2021.  All pretrial motions, including motions in limine, shall be filed no later than March 1, 2021.

IT IS FURTHER ORDERED that the government's Motion in Limine (Dkt. #41) and the defendant's Motion to Suppress Evidence (Dkt. #44) are stricken without prejudice to being refiled by the newly established pretrial motions deadline.

IT IS FURTHER ORDERED the period of delay from the date of this order to the new trial date of May 21, 2021, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 2nd day of November, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2

*JAMES BIBLE LAW GROUP*
14205 Se 36th Street Suite 100
Bellevue WA 98006
425-519-3675