Honorable Judge Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES,

           Plaintiff,

      v.

VINH Q. NGUYEN,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO：2:19-cr-00091 RAJ

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE

THE COURT has considered Defendant Vinh Q. Nguyen's Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. 65), the Government's Joinder (Dkt. 66), and the files and pleadings herein, and finds that, for the reasons set forth in the motion and the joinder:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. §3161 (h)(7)(B)(I); and

(c) The additional time requested is a reasonable period of delay; and

(d) The ends of justice will be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S. C. § 3161 (h)(7)(A); and

(e) The additional time requested is necessary to provide counsel for the defendant the time necessary to prepare for trial.

IT IS THEREFORE ORDERED that the defendant's motion (Dkt. 65) is GRANTED.  The trial date in this matter is continued to September 27, 2021.  The motions deadline has passed.  The government's Motion in Limine (Dkt. #41) and the defendant's Motion to Suppress Evidence (Dkt. #44) remain stricken without prejudice to being refiled no later than August 12, 2021.  As the pretrial motions deadline has passed, no further pretrial motions will be permitted absent leave of the Court.

IT IS FURTHER ORDERED the period of delay from the date of this order to the new trial date of September 27, 2021, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 2nd day of April, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE - 2