The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:19-cr-00091-RAJ |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| VINH Q. NGUYEN, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property ("Subject Currency"):

1. $2,905.00 in United States currency, seized on or about April 4, 2019, from a bedroom in Defendant's residence at 10216 12th Ave SW, Seattle, Washington, 98146.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On October 15, 2021, the Court entered a Preliminary Order of Forfeiture finding the Subject Currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant's interest in it, Dkt. No. 78;

FINAL ORDER OF FORFEITURE - 1
*United States v. Vinh Q. Nguyen,* 2:19-cr-00091-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 82, and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture ¶ 2, Exhibits A - C; and,
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice; the Bureau of Alcohol, Tobacco, Firearms, and Explosives; and/or their representatives, are authorized to dispose of the currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 11th day of July, 2022.

*[signature: Richard A. Jones]*

HON. RICHARD A. JONES
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Vinh Q. Nguyen,* 2:19-cr-00091-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970